*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )<br>　Cassandra Frierson　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　　　　) <br>　Debtor(s).　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　　　　) | Case No. 25–10168–pmm <br><br> Chapter: 13 |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Means Test Calculation 122C–2 Due 1/28/25
   Plan Due 1/28/25
   Schedules A Due 1/28/25
   Schedules B Due 1/28/25
   Schedules C Due 1/28/25
   Schedules D Due 1/28/25
   Schedules E Due 1/28/25
   Schedules F Due 1/28/25
   Schedules G Due 1/28/25
   Schedules H Due 1/28/25
   Schedules I Due 1/28/25
   Schedules J Due 1/28/25
   Statement of Current Monthly Income (122C–1) Due 1/28/25
   Statement of Financial Affairs Due 1/28/25
   Summary of Assets and Liabilities Due 1/28/25

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: January 15, 2025

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court