| Description | Payroll Period Dates | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|

E

**************AUTO**ALL FOR AADC 190 Tray 11 : Piece 2344
2344 1 AB 0.593
Cassandra Frierson
5708 Wheeler St
Philadelphia PA 19143-6134



UNGA0KDZAU0000002344BD01

**EARNINGS**
| Description | Payroll Period Dates | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|
| Personal Assistance Services | 12/29/2024 - 01/11/2025 | 115.2500 | $15.22 | $1,754.12 | $4,002.92 |
| | Totals: | 115.2500 | | $1,754.12 | $4,002.92 |

**TAX DEDUCTIONS**
| Description | | | | Current | YTD |
|---|---|---|---|---|---|
| Social Security | | | | ($108.76) | ($248.18) |
| Medicare | | | | ($25.43) | ($58.04) |
| Federal Income Tax (S, 0, Addtnl $0) | | | | ($171.78) | ($346.60) |
| State Income Tax (, 0, Addtnl $0) | | | | ($53.85) | ($122.89) |
| EIT | | | | ($65.78) | ($150.11) |
| PA EE UC | | | | ($1.23) | ($2.80) |
| | Totals: | | | ($426.83) | ($928.62) |
| | | | Net Pay: | $1,327.29 | |

**DIRECT DEPOSITS**
| Description | | | | Current | YTD |
|---|---|---|---|---|---|
| EFT Direct Deposit | 036076150 *******7925 | | | ($1,327.29) | ($3,074.30) |
| | Totals: | | | ($1,327.29) | ($3,074.30) |
| | Check Total: | | | $0.00 | |

---

WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM™ FEATURES - SEE BACK FOR DETAILS

**Geneva Frierson**
5708 Wheeler St.
Philadelphia, PA 19143

Eastern Bank
731 Hancock Street
Quincy, MA 02170

**60336971**

PAY  ******** V O I D ********

DATE: 01/17/2025
AMOUNT: *VOID*

TO THE ORDER OF
**CASSANDRA FRIERSON**
**5708 WHEELER ST**
**PHILADELPHIA, PA 19143**

AUTHORIZED SIGNATURE

Void After 180 Days

⑆60336971⑆ ⑈011301798⑈ 006016632143⑉

| Emp ID: ██████53 Frierson, Cassandra | | | Company: Geneva Frierson | | |
|---|---|---|---|---|---|
| | Date: 1/3/2025 | | Check #: 60332464 | Amount: | $0.00 |

E

```
************AUTO**ALL FOR AADC 190 Tray 5 : Piece 816
816 1 AB 0.593
Cassandra Frierson
5708 Wheeler St
Philadelphia PA 19143-6134
```



VFLA06KU0T0000000816BJ01

| Description | Payroll Period Dates | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Personal Assistance Services | 12/15/2024 - 12/28/2024 | 112.5000 | $15.22 | $1,712.28 | $1,971.03 |
| | Totals: | 112.5000 | | $1,712.28 | $1,971.03 |
| **TAX DEDUCTIONS** | | | | | |
| Social Security | | | | ($106.16) | ($122.20) |
| Medicare | | | | ($24.83) | ($28.58) |
| Federal Income Tax (S, 0, Addtnl $0) | | | | ($168.86) | ($171.66) |
| State Income Tax (, 0, Addtnl $0) | | | | ($52.57) | ($60.51) |
| EIT | | | | ($64.21) | ($73.91) |
| PA EE UC | | | | ($1.20) | ($1.38) |
| | Totals: | | | ($417.83) | ($458.24) |
| | | | Net Pay: | $1,294.45 | |
| **DIRECT DEPOSITS** | | | | | |
| EFT Direct Deposit | 036076150 *******7925 | | | ($1,294.45) | ($1,512.79) |
| | Totals: | | | ($1,294.45) | ($1,512.79) |
| | Check Total: | | | $0.00 | |

---

**WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM™ FEATURES - SEE BACK FOR DETAILS**

Geneva Frierson
5708 Wheeler St.
Philadelphia, PA 19143

Eastern Bank
731 Hancock Street
Quincy, MA 02170

60332464

PAY    ******* V O I D *******

DATE    01/03/2025

AMOUNT    *V O I D*

TO THE ORDER OF
CASSANDRA FRIERSON
5708 WHEELER ST
PHILADELPHIA, PA 19143

AUTHORIZED SIGNATURE

Void After 180 Days

| Description | Payroll Period Dates | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|

E



```
**************AUTO**ALL FOR AADC 190 Tray 10 : Piece 3584
3584 1 AB 0.593
Cassandra Frierson
5708 Wheeler St
Philadelphia PA 19143-6134
```

VFLA068MBW0000003584BV01

| Description | Payroll Period Dates | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Personal Assistance Services | 12/01/2024 - 12/14/2024 | 127.5000 | $15.22 | $1,940.55 | $50,409.19 |
| | Totals: | 127.5000 | | $1,940.55 | $50,409.19 |
| **TAX DEDUCTIONS** | | | | | |
| Social Security | | | | ($120.31) | ($3,125.38) |
| Medicare | | | | ($28.14) | ($730.96) |
| Federal Income Tax (S, 0, Addtnl $0) | | | | ($196.25) | ($5,022.37) |
| State Income Tax (, 0, Addtnl $0) | | | | ($59.57) | ($1,547.57) |
| EIT | | | | ($72.77) | ($1,890.32) |
| PA EE UC | | | | ($1.36) | ($35.28) |
| | Totals: | | | ($478.40) | ($12,351.88) |
| | | | Net Pay: | $1,462.15 | |
| **DIRECT DEPOSITS** | | | | | |
| EFT Direct Deposit | 036076150 *******7925 | | | ($1,462.15) | ($38,057.31) |
| | Totals: | | | ($1,462.15) | ($38,057.31) |
| | Check Total: | | | $0.00 | |

---

WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM™ FEATURES - SEE BACK FOR DETAILS

**Geneva Frierson**
5708 Wheeler St.
Philadelphia, PA 19143

Eastern Bank
731 Hancock Street
Quincy, MA 02170

60326701

PAY    ********V O I D ********

DATE    AMOUNT
12/20/2024    *V O I D*

TO THE ORDER OF    CASSANDRA FRIERSON
5708 WHEELER ST
PHILADELPHIA, PA 19143

AUTHORIZED SIGNATURE



Void After 180 Days

⑈60326701⑈ ⑆011301798⑆ 0060166324 3⑈

| Emp ID: ▇▇▇▇ | | | | Date: 12/6/2024 | Check #: 60322404 | Amount: | $0.00 |
|---|---|---|---|---|---|---|---|
| Description | | Payroll Period Dates | Hours | Rate | Current | | YTD |

E

```
************AUTO**ALL FOR AADC 190 Tray 10 : Piece 3747
3747 1 AB 0.593
Cassandra Frierson
5708 Wheeler St
Philadelphia PA 19143-6134
```



VFLA063GM50000003747BC01

| EARNINGS | | | | | |
|---|---|---|---|---|---|
| Personal Assistance Services | 11/17/2024 - 11/30/2024 | 115.5000 | $15.22 | $1,757.94 | $48,468.64 |
| | Totals: | 115.5000 | | $1,757.94 | $48,468.64 |
| **TAX DEDUCTIONS** | | | | | |
| Social Security | | | | ($108.99) | ($3,005.07) |
| Medicare | | | | ($25.49) | ($702.82) |
| Federal Income Tax (S, 0, Addtnl $0) | | | | ($174.34) | ($4,826.12) |
| State Income Tax (, 0, Addtnl $0) | | | | ($53.97) | ($1,488.00) |
| EIT | | | | ($65.92) | ($1,817.55) |
| PA EE UC | | | | ($1.23) | ($33.92) |
| | Totals: | | | ($429.94) | ($11,873.48) |
| | | | Net Pay: | $1,328.00 | |
| **DIRECT DEPOSITS** | | | | | |
| EFT Direct Deposit | 036076150 ********7925 | | | ($1,328.00) | ($36,595.16) |
| | Totals: | | | ($1,328.00) | ($36,595.16) |
| | Check Total: | | | $0.00 | |

---

**WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM™ FEATURES - SEE BACK FOR DETAILS**

**Geneva Frierson**
5708 Wheeler St.
Philadelphia, PA 19143

Eastern Bank
731 Hancock Street
Quincy, MA 02170

60322404

PAY ********V O I D ********

DATE: 12/06/2024          AMOUNT: *V O I D*

TO THE ORDER OF: CASSANDRA FRIERSON
5708 WHEELER ST
PHILADELPHIA, PA 19143

AUTHORIZED SIGNATURE

Void After 180 Days

⑆60322404⑆ ⑈011301798⑈ 0060166324 3⑅

| Emp ID: | Frierson, Cassandra | | Company: | Geneva Frierson | |
|---|---|---|---|---|---|
| | | Date: 11/8/2024 | Check #: 60313762 | Amount: | $0.00 |

| Description | Payroll Period Dates | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|

E

```
**************AUTO**ALL FOR AADC 190 Tray 10 : Piece 3707
3707 1 AB 0.593
Cassandra Frierson
5708 Wheeler St
Philadelphia PA 19143-6134
```

VFL92621560000003707BO01

| EARNINGS | | | | | |
|---|---|---|---|---|---|
| Personal Assistance Services | 10/20/2024 - 11/02/2024 | 21.5000 | $15.22 | $327.23 | $43,328.03 |
| | Totals: | 21.5000 | | $327.23 | $43,328.03 |
| **TAX DEDUCTIONS** | | | | | |
| Social Security | | | | ($20.29) | ($2,686.35) |
| Medicare | | | | ($4.74) | ($628.28) |
| Federal Income Tax (S, 0, Addtnl $0) | | | | ($9.65) | ($4,311.19) |
| State Income Tax (, 0, Addtnl $0) | | | | ($10.05) | ($1,330.18) |
| EIT | | | | ($12.27) | ($1,624.78) |
| PA EE UC | | | | ($0.23) | ($30.32) |
| | Totals: | | | ($57.23) | ($10,611.10) |
| | | | Net Pay: | $270.00 | |
| **DIRECT DEPOSITS** | | | | | |
| EFT Direct Deposit | 036076150 *******7925 | | | ($270.00) | ($32,716.93) |
| | Totals: | | | ($270.00) | ($32,716.93) |
| | Check Total: | | | $0.00 | |

---

WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM™ FEATURES - SEE BACK FOR DETAILS

60313762

Geneva Frierson
5708 Wheeler St.
Philadelphia, PA 19143

Eastern Bank
731 Hancock Street
Quincy, MA 02170

DATE       AMOUNT

PAY    ********V O I D********    11/08/2024    *V O I D*

TO THE ORDER OF    CASSANDRA FRIERSON
5708 WHEELER ST
PHILADELPHIA, PA 19143

AUTHORIZED SIGNATURE



Void After 180 Days

⑃603I3762⑃ ⑊0II30I7798⑊ 0060I663243⑃

| Emp ID: | | Frierson, Cassandra | | Company: | Geneva Frierson | |
|---|---|---|---|---|---|---|
| | | | Date: 11/8/2024 | Check #: 60313762 | Amount: | $0.00 |

| Description | Payroll Period Dates | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|

E

```
..||..||.|.||..|||..||.|.||||..|..|||..|..||||.||.||
**************AUTO**ALL FOR AADC 190 Tray 10 : Piece 3707
3707 1 AB 0.593
Cassandra Frierson
5708 Wheeler St
Philadelphia PA 19143-6134
```



VFL92621560000003707BO01

| | | | | | |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Personal Assistance Services | 10/20/2024 - 11/02/2024 | 21.5000 | $15.22 | $327.23 | $43,328.03 |
| | Totals: | 21.5000 | | $327.23 | $43,328.03 |
| **TAX DEDUCTIONS** | | | | | |
| Social Security | | | | ($20.29) | ($2,686.35) |
| Medicare | | | | ($4.74) | ($628.28) |
| Federal Income Tax (S, 0, Addtnl $0) | | | | ($9.65) | ($4,311.19) |
| State Income Tax (, 0, Addtnl $0) | | | | ($10.05) | ($1,330.18) |
| EIT | | | | ($12.27) | ($1,624.78) |
| PA EE UC | | | | ($0.23) | ($30.32) |
| | Totals: | | | ($57.23) | ($10,611.10) |
| | | | Net Pay: | $270.00 | |
| **DIRECT DEPOSITS** | | | | | |
| EFT Direct Deposit | 036076150 *******7925 | | | ($270.00) | ($32,716.93) |
| | Totals: | | | ($270.00) | ($32,716.93) |
| | Check Total: | | | $0.00 | |

---

WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM™ FEATURES - SEE BACK FOR DETAILS

Eastern Bank
731 Hancock Street
Quincy, MA 02170

60313762

Geneva Frierson
5708 Wheeler St.
Philadelphia, PA 19143

PAY   ********V O I D********

DATE      AMOUNT
11/08/2024     *V O I D*

TO THE
ORDER   CASSANDRA FRIERSON
OF      5708 WHEELER ST
        PHILADELPHIA, PA 19143

AUTHORIZED SIGNATURE



Void After 180 Days

⑈60313762⑈ ⑆011301798⑆ 006016632431⑈