## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Cassandra Frierson,<br><br>                       Debtor. | Case No. 25-10168-PMM<br>Chapter 13 |

### ORDER DIRECTING EMPLOYER
### TO MAKE WAGE DEDUCTION

Upon motion of Cassandra Frierson, it is hereby **ORDERED** that:

1.    Debtor's employer, Geneva Frierson ("the employer") shall pay $417.00 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

> Kenneth E. West, Chapter 13 Trustee
> P.O. Box 1799
> Memphis, TN 38101

2.    The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3.    This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4.    This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: **February 3, 2025**

_____
Honorable Patricia M. Mayer
Judge, United States Bankruptcy Court

CC: Geneva Frierson
ATTN: Payroll
5708 Wheeler Street
Philadelphia, PA 19143-6134