**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Cassandra Frierson, <br><br>　　　　　　　　　　　　Debtor. | Case No. 25-10168-PMM <br> Chapter 13 <br> SSN: xxx-xx-4755 |

**Debtor's Motion to Pay Trustee by Wage Attachment**

Debtor Cassandra Frierson, by and through her attorney, hereby asks this Court to enter an order directing her employer to attach her wages to fund the chapter 13 plan in the form of order attached.

Date: April 3, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
　　Michael A. Cibik (#23110)
　　1500 Walnut Street, Suite 900
　　Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com