# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Cassandra Frierson,<br><br>Debtor. | Case No. 25-10168-DJB<br>Chapter 13<br>SSN: xxx-xx-4755 |

## ORDER DIRECTING EMPLOYER
## TO MAKE WAGE DEDUCTION

Upon motion of Cassandra Frierson, it is hereby **ORDERED** that:

1. Debtor's employer, Liberty Resources ("the employer") shall pay $454.00 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

    Kenneth E. West, Chapter 13 Trustee
    P.O. Box 1799
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:
**Date: April 10, 2025**

_____
Honorable Derek J. Baker
Judge, United States Bankruptcy Court

CC: Candace McLaine, SHRM-CP
Human Resources Director
Liberty Resources
112 N. 8th Street, Suite 600
Philadelphia, PA 19107