United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-10168-djb

Cassandra Frierson                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 11, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Cassandra Frierson, 5708 Wheeler Street, Philadelphia, PA 19143-6134 |
| + | CC: Candace McLaine, SHRM-CP, Human Resources Director, Liberty Resources, 112 N. 8th Street, Suite 600, Philadelphia, PA 19107-2476 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2025                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Cassandra Frierson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Cassandra Frierson, | Case No. 25-10168-DJB |
| | Chapter 13 |
| Debtor. | SSN: xxx-xx-4755 |

### ORDER DIRECTING EMPLOYER
### TO MAKE WAGE DEDUCTION

Upon motion of Cassandra Frierson, it is hereby **ORDERED** that:

1.    Debtor's employer, Liberty Resources ("the employer") shall pay
$454.00 directly from each of her regular bi-weekly paychecks, to the chapter 13
trustee at the following address:

> Kenneth E. West, Chapter 13 Trustee
> P.O. Box 1799
> Memphis, TN 38101

2.    The employer will place the Debtor's name and bankruptcy number clearly on all
remitted payments.

3.    This order terminates upon dismissal or discharge of this case without further
order of this Court. Otherwise, it can be dissolved or modified only by a
subsequent court order.

4.    This order supersedes and replaces all previous orders, if any, made to the subject
employer in this case.

Date:
**Date: April 10, 2025**

_____
Honorable Derek J. Baker
Judge, United States Bankruptcy Court

CC: Candace McLaine, SHRM-CP
Human Resources Director
Liberty Resources
112 N. 8th Street, Suite 600
Philadelphia, PA 19107