## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Cassandra Frierson,  *Debtor.* | Chapter 13 <br> Case No. 25-10168 |

### Certificate of Service

    I, Michael A. Cibik, certify that on July 16, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: July 16, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Capital One Financial Corp. dba Capital One Auto Finance**
c/o Richard Dana Fairbank, CEO
1680 Capital One Drive
McLean, VA 22102-3491
Method of Service: First Class Mail